UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACORI WILLIAMS,<br><br>           Petitioner,<br><br>   v.<br><br>JEFFREY A. BEARD, Dir. CDCR,<br><br>           Respondent. | No. CV 15-1148 DMG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 30, 2017

*/s/ Dolly M. Gee*
DOLLY M. GEE
United States District Judge